**52**

Mildred GOLLIE, widow of Joe Gollie, deceased, Petitioner,

v.

ELKAY MINING COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.

No. 03–2131.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2004.

Decided: April 8, 2004.

Leonard Stayton, Inez, Kentucky, for Petitioner.

Douglas A. Smoot, Kathy L. Snyder, Jackson Kelly PLLC, Morgantown, West Virginia, for Respondents.

Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mildred Gollie seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–45 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accord-

ingly, we affirm on the reasoning of the Board. *See Gollie v. Elkay Mining Co.,* No. 02–741–BLA (BRB July 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*